LOUIS KRAMER, Respondent, *v.* RELGOV REALTY CO., INC., et al., Appellants.

(Argued June 11, 1935; decided July 11, 1935.)

*Arnold T. Koch, Basil O'Connor, Earle R. Koons* and *Otto A. Samuels* for appellants.

*Arthur Kahr* for respondent.

*Alfred Roelker, Harry Sammet* and *Julian D. Rosenberg* for Julius Heynen, *amicus curiæ.*

Judgment of the Appellate Division reversed and order of the Special Term affirmed, with costs in this court and in the Appellate Division. (*Klinke* v. *Samuels,* 264 N. Y. 144; *City Bank Farmers Trust Co.* v. *Ardlea Corp.,* 267 N. Y. 224.) No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS and LOUGHRAN, JJ. Not sitting: CROUCH and FINCH, JJ.